IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ROSE NEW                                                                                   PLAINTIFF

v.                                                                    Civil Action No. 4:13cv013-A-A

CAROLYN W. COLVIN, ACTION
COMMISSIONER OF SOCIAL SECURITY                DEFENDANT

**ORDER DENYING MOTION TO PROCEED
ON APPEAL IN FORMA PAUPERIS**

On consideration of the file and record in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated April 29, 2013, was on that date duly served via electronic mail, that more than fourteen days have elapsed since service of the Report and Recommendation, and no objection has been filed or served by the plaintiff. The court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the court.

It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated April 29, 2013, is approved adopted as the opinion of the court.

2. Plaintiff's Motion to Proceed on Appeal In Forma Pauperis is DENIED.

SO ORDERED, this the 14th day of June, 2013.

                                                                     /s/ Sharion Aycock
                                                                     **U.S. DISTRICT JUDGE**